

# Fourth Court of Appeals
## San Antonio, Texas

October 29, 2018

No. 04-18-00448-CV

**IN THE INTEREST OF A.L.J.R. ET. AL, CHILDREN,**

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2017PA01227
Honorable Martha B. Tanner, Judge Presiding

## O R D E R

On October 15, 2018, appellant filed an Unopposed Third Motion to Extend Time to File Brief and Second Motion for Order to Supplement Clerk's Record. Appellant requested that we order the trial court clerk to supplement the clerk's record, but did not specify the documents to be included in the supplemental record. On October 24, 2018, the trial court clerk filed a supplemental clerk's record. Accordingly, the motion is GRANTED IN PART. Appellant's brief is due to be filed on or before November 13, 2018.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of October, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court